IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID H. JACOB,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ROSALYN COTTON, Chairperson, Nebraska Board of Parole; MARK T. LANGAN, Member, Nebraska Board of Parole; ROBERT TWISS, Member, Nebraska Board of Parole; LAYNE GISSLER, Member, Nebraska Board of Parole; VIRGIL J. PATLAN, Nebraska Board of Parole; and HABIB OLOMI, Member, Nebraska Board of Parole;<br><br>　　　　　　Defendants. | **8:22CV31**<br><br>**MEMORANDUM AND ORDER** |

　　　　This matter is before the court on correspondence from Plaintiff, which the court construes as a motion for clarification. (Filing 6.) Plaintiff asks for clarification regarding how much the filing and administrative fees are in this matter.

　　　　On January 26, 2022, the court entered a Memorandum and Order directing Plaintiff to either submit the $402.00 filing and administrative fees to the clerk's office or submit a request to proceed in forma pauperis ("IFP") within 30 days. (Filing 4.) In a footnote, the court noted that if Plaintiff is granted leave to proceed IFP, he will be allowed to pay the court's $350 filing fee in installments and "would not be subject to the $50.00 administrative fee assessed to non-IFP plaintiffs." (*Id.* (emphasis omitted).) The court's statement contained an error as the administrative fee assessed to non-IFP plaintiffs is $52.00, not $50.00. *See* 28 U.S.C. § 1914; Judicial Conference Schedule of Fees, District Court Miscellaneous

Fee Schedule ("Administrative fee for filing a civil action, suit, or proceeding in a district court, $52.").

On February 1, 2022, the court received a payment from Plaintiff in the amount of $400. (*See* Docket Sheet.) Plaintiff must pay an additional $2.00 in order to pay the full $402.00 filing and administrative fees. Plaintiff still has until February 25, 2022 to either submit the remaining $2.00 payment or submit a request to proceed IFP.

IT IS THEREFORE ORDERED that: Plaintiff's correspondence (filing 6), construed as a motion for clarification, is granted in accordance with this Memorandum and Order.

Dated this 2nd day of February, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge