IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID H. JACOB,<br><br>        Plaintiff,<br><br>vs.<br><br>ROSALYN COTTON, Chairperson, Nebraska Board of Parole; MARK T. LANGAN, Member, Nebraska Board of Parole; ROBERT TWISS, Member, Nebraska Board of Parole; LAYNE GISSLER, Member, Nebraska Board of Parole; VIRGIL J. PATLAN, Nebraska Board of Parole; and HABIB OLOMI, Member, Nebraska Board of Parole,<br><br>        Defendants. | **8:22CV31**<br><br>**MEMORANDUM AND ORDER** |

      Plaintiff has filed a Motion to Amend Complaint (Filing 8) before this court has performed its initial review of his Complaint (Filing 1). Plaintiff's Motion will be granted.

      IT IS ORDERED:

      1.     Plaintiff's Motion to Amend Complaint (Filing 8) is granted;

      2.     Pursuant to NECivR15.1, Plaintiff shall file a signed version of his proposed Supplement to Original Pleading (Filing 8 at CM/ECF pp. 2-8) on or before June 6, 2022. If Plaintiff fails to do so, the proposed supplement will not be considered as part of Plaintiff's Complaint;

3. The Clerk of Court shall set a pro se case management deadline as follows: June 6, 2022—Plaintiff's signed Supplement to Original Pleading due.

DATED this 17th day of May, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge