IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID H. JACOB,<br><br>Plaintiff,<br><br>vs.<br><br>ROSALYN COTTON, Chairperson, Nebraska Board of Parole; MARK T. LANGAN, Member, Nebraska Board of Parole; ROBERT TWISS, Member, Nebraska Board of Parole; LAYNE GISSLER, Member, Nebraska Board of Parole; VIRGIL J. PATLAN, Nebraska Board of Parole; and HABIB OLOMI, Member, Nebraska Board of Parole,<br><br>Defendants. | 8:22CV31<br><br>**MEMORANDUM AND ORDER** |

Due to mechanical and water issues affecting the Nebraska State Penitentiary that has caused Plaintiff to be separated from his legal materials, Plaintiff has filed a Motion for Extension of Time to File Brief in Opposition to Motion to Dismiss (Filing 39).

IT IS ORDERED:

1. Plaintiff's Motion for Extension of Time to File Brief in Opposition to Motion to Dismiss (Filing 39) is granted;

2. Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss (Filing 36) shall be filed on or before December 6, 2022; and

3.  Defendants' Reply to Plaintiff's Brief in Opposition shall be filed within the time allowed by the Civil Rules for the United States District Court for the District of Nebraska.

DATED this 21st day of November, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge